■ In the Matter of SIDNEY A. WEISBERG, a Suspended Attorney.—Application for reinstatement granted to the extent of referring the matter to the Departmental Disciplinary Committee for the First Judicial Department for a hearing, as indicated. Concur—Murphy, P. J., Ross, Kassal, Rosenberger and Ellerin, JJ.